IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

vs.                                                                                  Case No. 5:06cr193/MCR

JOHN Q. DURFEY

_____/

**FINAL ORDER OF FORFEITURE**

THIS CAUSE CAME before the Court on the Motion of the United States of America for a Final Order Of Forfeiture.  Being fully advised in the premises, the Court finds as follows:

WHEREAS, on August 30, 2007, this Court entered a Preliminary Order Of Forfeiture against the following property:

(A)   **Real Property Located at 2324 Madison Road, Unit #1104, Cincinnati, Ohio 45208, With all Improvements and Appurtenances Thereon.**

(B)   **Proceeds in the amount of $593.11 seized from account known as Dianne Spencer Irrevocable Trust, maintained by Sterne, Agee and Leach, Inc., at Wachovia Bank, Birmingham, Alabama.**

(C)   **Proceeds in the amount of $18,143.68 seized from Account Number 7021644450 in Fifth Third Bank, Cincinnati, Ohio.**

pursuant to the provisions of 18 U.S.C. § 982 and 21 U.S.C. § 853(a); and

WHEREAS, on October 3rd, 10th, and 17th, 2007, the United States of America caused to be published in the Cincinnati Court Index, a newspaper of general circulation, notice of this forfeiture and the intent of the United States of America to dispose of the property, in accordance with the law, further notifying all third parties of their right to file a petition setting forth their interest in said property; and

WHEREAS, the United States of America and Diane Durfey, wife of Defendant, have agreed to the forfeiture of $20,000 in U.S. currency in lieu of Real Property Located at 2324 Madison Road, Unit #1104, Cincinnati, Ohio; and

WHEREAS, no persons or entities having an interest in the above-referenced property have filed petitions; it is hereby

**ORDERED, ADJUDGED and DECREED** that the right, title and interest to:

(A)   $20,000 in U.S. currency in lieu of Real Property Located at 2324 Madison Road, Unit #1104, Cincinnati, Ohio 45208, With all Improvements and Appurtenances Thereon.

(B)   Proceeds in the amount of $593.11 seized from account known as Dianne Spencer Irrevocable Trust, maintained by Sterne, Agee and Leach, Inc., at Wachovia Bank, Birmingham, Alabama.

(C)   Proceeds in the amount of $18,143.68 seized from Account Number 7021644450 in Fifth Third Bank, Cincinnati, Ohio.

is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of in accordance with the law.

DONE AND ORDERED this 30th day of November, 2007.

                                                          s/ *M. Casey Rodgers*
                                                **M. CASEY RODGERS**
                                                **UNITED STATES DISTRICT JUDGE**

Case No.: 5:06cr193/MCR