**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

UNITED STATES OF AMERICA

vs.                                                                  5:06cr193/MCR
                                                                              5:08cv259/LAC/MD
JOHN Q. DURFEY
_____/

**O R D E R**

On October 6, 2008, the court received a "notice of filing amended § 2255 motion pursuant to magistrate's order of August 28, 2008" (doc. 142). The following day the court received defendant's amended motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255, a memorandum in support and various attachments in support. (Doc. 144). Both the "notice of filing" and the § 2255 form refer to "continuation pages" that were not included with the defendant's submissions. Additionally, the service copy of the motion and attachments provided by the defendant appear to be missing several pages. The court delayed entry of this order in case the missing pages were submitted, but nothing more has been received from the defendant.

Accordingly, it is therefore ORDERED:

Within thirty days from the date of this order, the defendant shall either file a notice to the court indicating his intent to proceed on the first amended motion <u>as filed</u>, or a second amended motion to vacate pursuant to § 2255, (along with any supporting memorandum of law and attachments he wishes the court to consider), along with one complete service copy of same. Defendant is reminded that pursuant to Local Rule, once an amended pleading is filed, all previous submissions are disregarded, so if he chooses to file an amended pleading it must be complete in and of itself and not refer to previous submissions.

DONE AND ORDERED this 21st day of October, 2008.

/s/ *Miles Davis*
**MILES DAVIS
UNITED STATES MAGISTRATE JUDGE**