IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.  Case Nos.:   5:06cr193/MCR
  5:12cv272/MCR/EMT

JOHN Q. DURFEY

_____/

### O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 31, 2012.  (Doc. 177).  Defendant has have been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendant's motion to vacate pursuant to 28 U.S.C. § 2255 (doc. 176), is **SUMMARILY DISMISSED** as successive.

3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 26th day of September, 2012.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**